Frank J. Allen, appellant, v. Mosser, Willaman & Company, Inc., appellee.   Gen. No. 32,822.

Opinion filed December 31, 1928.   Rehearing denied January 11, 1929.

Packard, Barnes & McCaughey, for appellant.   Deming, Jarrett & Mulfinger and A. C. Heckler, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

O. C. Huber, appellee, v. Frank Herst, appellant.   Gen. No. 32,847.

Opinion filed December 31, 1928.

Edward I. Rothbart and Seymour M. Lewis, for appellant; Wharton Plummer, of counsel.   Winston, Strawn & Shaw, for appellee; Harold Beacom and Paul H. Moore, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

David Saul Klafter, appellant, v. Abe B. Friedman and Alex Friedman, trading as Friedman Brothers, appellees.   Gen. No. 32,856.

Opinion filed December 31, 1928.

Perlman, Goodman & Scolnik, for appellant.   Arnd, Gavin, Griffin & Maray, for appellees; Frederick Arnd, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Pennsylvania Railroad Company, appellant, v. E. L. Denison, appellee.   Gen. No. 32,865.

Opinion filed December 31, 1928.

Loesch, Scofield, Loesch & Richards, for appellant.   Aaron R. Eppstein, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.